IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL ZUNIGA DELGADO,           )
                                 )
            Petitioner,          )
                                 )
v.                               )
                                 )
LORIE DAVIS, Director, Texas     )
Department of Criminal Justice,  )
Correctional Institutions Division, )
                                 )
            Respondent.          )    Civil Action No. 1:15-CV-200-C

## ORDER

On this day the Court considered the Petition for a Writ of Habeas Corpus by a Person in State Custody, filed by Petitioner, Miguel Zuniga Delgado, on October 16, 2015, and Respondent's Answer with Brief in Support, filed June 7, 2016.  On February 2, 2017, the United States Magistrate Judge entered a Report and Recommendation advising that Delgado's § 2254 petition be dismissed with prejudice as time-barred and that all pending motions be denied. Neither party has filed written objections.  The Court has reviewed the Report and Recommendation under the clearly erroneous standard and finds no error.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Therefore, it is **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, Delgado's § 2254 petition is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

SO ORDERED this 3rd day of March, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE